JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MARTINEZ MEDINA, | Case No. 2:22-cv-08804-VBF-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,
IT IS ADJUDGED that the Petition is dismissed without prejudice.


Dated:  March 23, 2023                    /s/ Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE